1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0806 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| MANUEL R. PEREZ, JR., | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: March 18, 2008         /s/ *STEPHEN D. DEMIK*
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

 Courtesy Copy to Chambers

 Copy to Assistant U.S. Attorney via ECF NEF

 Copy to Defendant

Dated:  March 18, 2008           /s/ STEPHEN D. DEMIK
                      Federal Defenders of San Diego, Inc.
                      225 Broadway, Suite 900
                      San Diego, CA  92101-5030
                      (619) 234-8467  (tel)
                      (619) 687-2666  (fax)
                      Stephen_Demik@fd.org (email)